UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| INT'L REFUGEE ASSISTANCE PROJECT, INC., <br><br> Plaintiff, <br><br> -v- <br><br> UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, <br><br> Defendant. | CIVIL ACTION NO.: 24 Civ. 7813 (SLC) <br><br> **ORDER** |

**SARAH L. CAVE,** United States Magistrate Judge.

Pursuant to the telephonic Initial Case Management Conference held today, January 30, 2025, the parties are directed to file by **Monday, March 3, 2025**, a joint status letter providing an update as to the Government's production of the documents Plaintiff has requested pursuant to the Freedom of Information Act, 5 U.S.C. § 552, and whether a further status conference is necessary.

Dated:   New York, New York
         January 30, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**