UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INT'L REFUGEE ASSISTANCE PROJECT, INC.,

                        Plaintiff,

-v-                                           CIVIL ACTION NO.: 24 Civ. 7813 (SLC)

                                                         **ORDER**

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,

                        Defendant.

**SARAH L. CAVE,** United States Magistrate Judge.

The court is in receipt of the parties' joint letter at ECF No. 24 and orders as follows:

1. By **Wednesday, March 19, 2025**, the parties shall file a joint status letter regarding the Government's production of records in response to Plaintiff's Freedom of Information Act request.

2. A telephonic status conference is scheduled for **Monday, March 24, 2025 at 12:00 p.m.** on the Court's Microsoft Teams platform. The parties are directed to call: (646) 453-4442; access code: 800-574-81# at the scheduled time.

Dated:       New York, New York
               March 13, 2025

                                                         SO ORDERED.

                                                         **SARAH L. CAVE**
                                                         **United States Magistrate Judge**