UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

INT'L REFUGEE ASSISTANCE PROJECT, INC.,

                     Plaintiff,

-v-

UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES,

                     Defendant.

CIVIL ACTION NO.: 24 Civ. 7813 (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

As discussed at the telephonic status conference held today, March 24, 2025, by **Friday, April 4, 2025**, the parties shall file a joint status letter (the "Joint Letter") regarding Plaintiff's request that the Government produce an additional Interagency Agreement relevant to its Freedom of Information Act request. If the Government intends to stand on its objection that it is not required to produce the requested document, the parties shall include in the Joint Letter a proposed discovery and summary judgment briefing schedule.

Dated:      New York, New York
             March 24, 2025

SO ORDERED.

_____
**SARAH L. CAVE**
**United States Magistrate Judge**